1  Randolph S. Hicks, Esq. - SBN 83627
   Elizabeth D. Rhodes, Esq - SBN 218480
2  **CODDINGTON, HICKS & DANFORTH**
   A Professional Corporation, Lawyers
3  555 Twin Dolphin Drive, Suite 300
   Redwood City, California 94065-2133
4  Tel. (650) 592-5400
   Fax. (650) 592-5027
5
6  ATTORNEYS FOR Defendant
   PROGRESSIVE WEST INSURANCE COMPANY
7
8                UNITED STATES DISTRICT COURT
9                NORTHERN DISTRICT OF CALIFORNIA
10
11 TRACIE CAMPBELL, an individual,        Case No. C-06-6425-CRB
12         Plaintiff,                     **STIPULATION AND ORDER TO
                                          REMAND CASE TO STATE COURT**
13 vs.
14 PROGRESSIVE WEST INSURANCE
   COMPANY, a corporation, and DOES 1-
15 25, inclusive,
16         Defendants.
                                    /
17
18     WHEREAS, on October 16, 2006, defendant Progressive West Insurance Company removed
19 the action to this Court on the basis of diversity jurisdiction;
20     WHEREAS, plaintiff subsequently stipulated that the total amount in controversy does not
21 exceed $75,000, and that she may not recover more than $75,000 in total damages, including special,
22 general, punitive, or any other compensatory or exemplary damages, expenses, costs, attorneys' fees
23 and prejudgement interest;
24     WHEREAS, the parties agree that diversity jurisdiction no longer exists because plaintiff is
25 not entitled to recover more than $75,000 in total damages;
26     WHEREAS, the parties agree that the case should be remanded to state court because
27 diversity jurisdiction no longer exists;
28     WHEREAS, defendant has filed motions to dismiss and strike, that are scheduled to be heard

on December 1, 2006, and defendant will re-file a demurrer and motion to strike in state court within ten days of receiving notice of remand.

IT IS HEREBY STIPULATED BETWEEN THE PARTIES HERETO, by and through their respective counsel, that the case be remanded to state court because diversity jurisdiction no longer exists.

Dated: 11/17/06

CODDINGTON, HICKS & DANFORTH

By: _____
Randolph S. Hicks
Attorney for Defendant
Progressive West Insurance Company

Dated: 11/15/06

LAW OFFICES OF MARK L. WEBB

By: _____
Mark Webb
Attorney for Plaintiff
Tracie Campbell

## ORDER

The Court concurs with the foregoing stipulation, and it is ordered that the case be remanded to the San Francisco County Superior Court for further proceedings as plaintiff has agreed that the amount in controversy does not exceed $75,000 and that any damages awarded to her shall not exceed that amount.

Dated: November 22, 2006

Honorable Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CODDINGTON, HICKS & DANFORTH
A Professional Corp., Lawyers
555 Twin Dolphin Drive, #200
Redwood City, CA 94065
(650) 592-5400

Stipulation and Order to Remand Case to State Court
Case No. C-06-6425-CRB

2